# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SHELLY THOMSON, | § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. |
| CHARLES EDWARD LINCOLN, and PEYTON YATES FREIMAN, | § § § | SA-09-CV-0275 OG |
| Defendant. | § § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

All matters for which this cause was referred to the Magistrate Judge having been considered and acted upon,

It is **ORDERED** that the above-entitled and numbered cause be, and it hereby is, **RETURNED** to the district court for all purposes.

**SIGNED** on April 15, 2009.

_____
NANCY STEIN NOWAK
UNITED STATES MAGISTRATE JUDGE