RECEIVED
APR 17 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

SA09CA175 #3 USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Po | |

Postmark Here

SA09CA275 #3
OG

Sent To: **Shelley Sue Thomson**
Street, Apt or PO Box: **415 Windsor Lane**
City, State: **New Braunfels, TX US 78132**

PS Form                                    Instructions

7005 0390 0000 4818 1042

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

SA09 EA975 L USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Pos | |

Postmark Here

SA09 CA275
OG

Sent To: **Peyton Yates Freiman**
Street, Apt or PO Box: **300 E. Riverside Dr. # 132**
City, State: **Austin, TX 78704**

PS Form                                    or Instructions

7005 0390 0000 4818 1031