RECEIVED
MAY -1 2009
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

SA09CA275-OG



| SENDER | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece or on the front if space permits. | A. Signature<br>X _____ Shelley Thomson _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)　C. Date of Delivery |
| 1. Article Addressed to:<br><br>Shelley Sue Thomson<br>415 Windsor Lane<br>New Braunfels, TX US 78132 | D. Is delivery address different from item 1? ☐ Yes<br>　If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>　☒ Certified Mail　☐ Express Mail<br>　☐ Registered　☐ Return Receipt for Merchandise<br>　☐ Insured Mail　☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)　☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 0390 0000 4818 1062 |

PS Form 3811, February 2004　　Domestic Return Receipt　　102595-02-M-1540